John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
ALBERT C. PAZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALBERT C. PAZ, an individual, | **CASE NO: C 09-03614 EDL** |
| Plaintiff, | **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |
| vs. | |
| WELLS FARGO BANK, N.A., a United States Corporation; and DOES 1 – 10; | |
| Defendants. | |

On February 3, 2010, Plaintiff filed a Request to Reschedule the Initial Scheduling Conference that had been set for January 5, 2010 at 2:00 p.m.

IT IS HEREBY ORDERED that the Initial Scheduling conference shall be continued to ___March 30___, 2010 at _10:00am_. A joint case management statement shall be filed no later than March 23, 2010.

/ / /

**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**

1  IT IS SO ORDERED.

2  Dated: February 5, 2010



_____
United S...
Judge Elizabeth D. Laporte

ORDER CONTINUING INITIAL SCHEDULING CONFERENCE